AO91 (Rev. 12/03) Criminal Complaint **FELONY** AUSA United States Courts

## UNITED STATES DISTRICT COURT
Southern District of Texas FILED

*January 12, 2023*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Angel De Jesus GARCIA-Huerta
A087 433 319 Mexico
AKA Angel GARCIA-Huerta

**CRIMINAL COMPLAINT**

Case Number: 1:23-MJ- 073

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 10, 2023__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(2)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Los Indios, Texas on January 10, 2023. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on May 22, 2015. The defendant was convicted of Aggravated Assault W/Deadly Weapon on February 06, 2012. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $100.00 Mexican pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Hernandez, Eron   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

January 12, 2023      at   Brownsville, Texas
Date                            City/State

Ignacio Torteya III     U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge